UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

| | |
|---|---|
| STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs,<br><br>Plaintiff,<br><br>vs.<br><br>E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM),<br><br>Defendant. | CASE NO: 8:23-cv-00631-CEH-SPF |

## NOTICE DESIGNATING LEAD COUNSEL ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Michael J. Cowgill, Esq., of **mctlaw**, is hereby designated as lead counsel in the above-captioned action on behalf of Plaintiff, STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs.

Dated this 22nd day of March 2023.

Respectfully submitted,

_____
Michael J. Cowgill, Esq.
Florida Bar No. 1010945
**mctlaw**
1605 Main Street, Suite 710
Sarasota, FL 34236
Telephone: 888.952.5242
Facsimile: 941.952.5042
Primary: mcowgill@mctlaw.com
Secondary: hdiener@mctlaw.com

*Attorneys for Plaintiff*