UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

| | |
|---|---|
| STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs,<br><br>Plaintiff,<br><br>vs.<br><br>E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM),<br><br>Defendant. | CASE NO: 8:23-cv-00631-CEH-SPF |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff, STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **Not applicable.**

1

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   a. **Plaintiff, STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs, was and is a resident of the state of Minnesota.**

   b. **Defendant, E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM), is a domestic limited liability company existing and doing business pursuant to the laws of the state of Florida, with its principal place of business in New Port Richey, Florida.**

   c. **Zackori R. Scalf is the sole member of Defendant, E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM), with citizenship in the state of Florida, residing in New Port Richey, Florida.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a. **STEPHANIE SWEET, the wife and widow of JOEL BOWLSBY, and trustee for the heirs of the ESTATE OF JOEL BOWLSBY.**

   b. **O.B., minor child of JOEL BOWLSBY.**

   c. **A.B., minor child of JOEL BOWLSBY.**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

    d. **Defendant, E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM).**

    e. **ZACKORI R. SCALF, sole member of EZ KRATOM.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **Not applicable.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **Not applicable.**

6. Identify each person arguably eligible for restitution:

   **Not applicable.**

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 29th day of March 2023.

    Respectfully submitted,

    _/s/ Michael J. Cowgill_

    Michael J. Cowgill, Esq.
    Florida Bar No. 1010945

**mctlaw**
1605 Main Street, Suite 710
Sarasota, FL 34236
Telephone: 888.952.5242
Primary: mcowgill@mctlaw.com
Secondary: hdiener@mctlaw.com

*Attorneys for Plaintiff*