UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

STEPHANIE SWEET, as next of kin and
trustee for the heirs of the ESTATE OF
JOEL BOWLSBY, on behalf of the Estate
and his Heirs,

        Plaintiff,                       CASE No.: 8:23-cv-00631-CEH-SPF

vs.

E-Z DISTRIBUTION, LLC (d/b/a
EZ KRATOM),

        Defendant.

## MOTION FOR ELLIOT OLSEN, ESQ. TO APPEAR PRO HAC VICE

Pursuant to Local Rule 2.1, Attorney Elliot Olsen of Siegel Brill PA, moves this Court for admission to appear pro hac vice, in this case, and any related proceedings, as counsel for Plaintiff, STEPHANIE SWEET, as Next of Kin and Trustee for the Heirs of the ESTATE OF JOEL BOWLSBY, on Behalf of the Estate and his Heirs, and states as follows:

1. Movant is an attorney licensed to practice law in Minnesota since 1989 and is a member of good standing of the Minnesota state bar.

2. Movant is also admitted to practice before and is in good standing with the United States District Court of Minnesota since 1989, as well as the jurisdictions listed below:

    a.    8th Circuit Court of Appeals (1992);
    b.    Iowa Supreme Court (2001);
    c.    United States District Court, Northern District of Iowa (2011);
    d.    United States District Court, Southern District of Iowa (2013);

  e. United States District Court, Northern District of Indiana (2013);

  f. United States District Court, Northern District of Florida (2014).

3. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Minnesota, or any other state, nor from any District Court or Court of Appeals.

4. In the last six-months, Movant has not appeared in any state or federal court in Florida.

5. Movant certifies that he was previously moved for admission pro hac vice to appear in a proceeding in the United States District Court for the Middle District of Florida on November 14, 2014, entitled *Vincent J. Rhodes and Diana Rhodes vs. Lazy Flamingo 2, Inc.*, Case No: 2:14-cv-561-FtM-29CM.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court.

7. Movant designates Michael J. Cowgill, resident of Florida, member in good standing of the Florida Bar, and Florida attorney at **mctlaw**, who is qualified to practice in this Court and who consents to designation as local counsel. (Consent and Designation attached as Exhibit "A").

8. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida a Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order.

9. Within fourteen days from the date of an order granting this motion and paying the required fee, Movant shall also submit the pro hac vice e-file registration.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent Plaintiff, STEPHANIE SWEET, as Next of Kin and Trustee for the Heirs of the ESTATE OF JOEL BOWLSBY, on Behalf of the Estate and his Heirs in this case and any related proceedings.

Dated: March 29, 2023

Elliot Olsen, Esq.
MN Bar No.: 0203750
Siegel Brill, PA
100 Washington Ave. S., Suite 1300
Minneapolis, MN 55401
Telephone: (612) 337-6100
Fax: (612) 392-6757
Email: elliotolsen@siegelbrill.com