# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# CIVIL DIVISION

STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs,

    Plaintiff,

v.

Case No. 8:23-cv-00631

E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM),

    Defendant.

_____/

## **DEFENDANT'S NOTICE OF RELATED ACTION**

E-Z DISTRIBUTION, LLC d/b/a EZ KRATOM ("Defendant" or "EZK"), by its undersigned counsel, and pursuant to Local Rule 1.07(c) of the United States District Court for the Middle District of Florida and this Court's Docket Text dated March 22, 2023 (D.E. 4) files this its Notice of Related Actions and affirms that Defendant knows of no related actions pending in this District or elsewhere.

DATED this 24th day of April, 2023.

                                        */s Kenneth M. Curtin*

                                        Kenneth M. Curtin
                                        Florida Bar No. 087319
                                        Primary: Kenneth.Curtin@arlaw.com

Secondary: lisa.stallard@arlaw.com

Donald A. Mihokovich
Florida Bar No. 858447
Primary: don.mihokovich@arlaw.com
Secondary: madeline.algarin@arlaw.com

ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL 33602
Telephone: (813) 402-2880
Facsimile: (813) 402-2887
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2023, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*/s/ Kenneth M. Curtin*
Kenneth M. Curtin