# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# CIVIL DIVISION

STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs,

      Plaintiff,

v.

                   Case No. 8:23-cv-00631

E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM),

      Defendant.
_____/

## ANSWER AND DEFENSES TO COMPLAINT FOR WRONGFUL DEATH

E-Z DISTRIBUTION, LLC d/b/a EZ KRATOM ("Defendant" or "EZK"), by its undersigned counsel, hereby responds to the Complaint filed by Plaintiff STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs ("Plaintiff").

## II. STATEMENT OF THE PARTIES

1. Without knowledge and therefore denied.

2. Without knowledge and therefore denied.

3. Without knowledge and therefore denied.

4. Without knowledge and therefore denied.

5. Without knowledge and therefore denied.

6. Admit that EZK is a Florida limited liability company with its principal place of business in New Port Richey, Florida and that EZK markets and sells Kratom products and ships such products to locations where the sale of Kratom products is allowed including to the State of Minnesota, but otherwise denied.

7. Admit that EZK has shipped products to consumers in the State of Minnesota including Joel Bowlsby.

### III. JURISDICTION AND VENUE

8. Admitted for jurisdictional purposes only, but otherwise denied.

9. Admitted.

10. Admit that EZK is a Florida limited liability company with its principal place of business in New Port Richey, Florida and that to the best of EZK's knowledge and belief there is diversity of citizenship, but otherwise denied.

11. Admitted.

12. Without knowledge and therefore denied.

13. Admitted that Defendant transacts business in Pasco County, Florida. Otherwise denied.

### IV. STATEMENT OF FACTS

14. Admitted.

15. Without knowledge and therefore denied.

16. Without knowledge and therefore denied.

17. Without knowledge and therefore denied.

18. Without knowledge and therefore denied.

19. This paragraph of the Complaint states a legal conclusion to which no response is required. Otherwise, denied.

20. This paragraph of the Complaint states a legal conclusion to which no response is required. Otherwise, denied.

21. This paragraph of the Complaint states a legal conclusion to which no response is required. Otherwise, denied.

22. Without knowledge and therefore denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Without knowledge and therefore denied.

31. Without knowledge and therefore denied.

32. Without knowledge and therefore denied.

33. Without knowledge and therefore denied.

34. Without knowledge and therefore denied.

35. Without knowledge and therefore denied.

36. Without knowledge and therefore denied.

37. Without knowledge and therefore denied.

38. Admit that Joel Bowlsby purchased Kratom from EZK at certain times, but otherwise deny the characterization of the allegations.

39. Denied.

40. Without knowledge and therefore denied.

41. Denied.

42. Without knowledge and therefore denied.

43. Denied.

44. Denied.

45. Denied.

**COUNT ONE – E-Z DISTRIBUTION, LLC**
**(Strict Liability Failure to Warn Pursuant to the**
**Restatement Second of Torts § 402A)**

46. Denied.

47. Without knowledge and therefore denied.

48. Denied.

49. Without knowledge and therefore denied.

50. Denied.

51. Without knowledge and therefore denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

**COUNT TWO – E-Z DISTRIBUTION, LLC**
**(Strict Liability Design and Manufacturing Defect**
**Pursuant to the Restatement Second of Torts § 402A)**

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

## COUNT THREE – E-Z DISTRIBUTION, LLC
### (Breach of Warranty Pursuant to
### Fla. Stat. §§ 672.3113; 672.314; & 672.315)

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Without knowledge, therefore denied.

77. Denied.

## COUNT FOUR – E-Z DISTRIBUTION, LLC
### (Fraudulent Misrepresentation)

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

## COUNT FIVE – E-Z DISTRIBUTION, LLC
## (Negligence)

88. Denied.

89. Denied.

90. Admitted.

91. Denied.

92. Denied.

93. Denied.

## CLAIMS FOR DAMAGES COMMON TO ALL COUNTS
## CLAIM OF PERSONAL REPRESENTATIVE ON BEHALF OF THE ESTATE AND HEIRS

94. Denied.

## CLAIMS OF PERSONAL REPRESENTATIVE ON BEHALF OF THE ESTATE OF JOEL BOWLSBY

95. Without knowledge, therefore denied.

## CLAIMS OF PERSONAL REPRESENTATIVE ON BEHALF OF THE ESTATE OF JOEL BOWLSBY

96. Without knowledge, therefore denied.

## AFFIRMATIVE DEFENSES

Defendant alleges the following additional defenses to the Complaint and each purported claim and cause of action set forth therein:

## FIRST AFFIRMATIVE DEFENSE

The Complaint is barred in whole or in part, or any recovery is subject to reduction, pursuant to the doctrine of comparative fault and/or negligence, insofar as Plaintiff's fault or negligence or the fault or negligence of other persons or entities for which ESK is not responsible proximately caused or contributed to the alleged incident and/or the alleged damages.

## SECOND AFFIRMATIVE DEFENSE

The conduct of EZK was not the legal cause of Plaintiff's injury.

## THIRD AFFIRMATIVE DEFENSE

EZK is not liable for damages proximately caused by non-parties to this action or named parties who may be released from this action prior to trial. *Fabre v. Mann*, 623 So.2d 1182 (Fla. 1993). Neither is EZK liable for the negligence, intentional or other improper acts or omissions of other persons or entities. Consistent with *Nash v. Wells Fargo*, 678 So.2d 1262 (Fla. 1996), the names of such persons or entities will be timely identified.

## FOURTH AFFIRMATIVE DEFENSE

Decedent knew of the existence of the danger complained of, realized and appreciated the possibility of injury as a result of such danger, and, having a reasonable opportunity to avoid it, voluntarily and deliberately exposed himself and consented to the danger of which Plaintiff is complaining.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's damages resulted solely or partially from decedent's own negligence, default, want of care, misuse or other conduct. Therefore, if EZK is found liable to Plaintiff, which liability is expressly denied, such liability is barred or limited by decedent's percentage of fault.

## SIXTH AFFIRMATIVE DEFENSE

EZK is not liable for the negligent acts of third parties and conditions beyond its control.

## SEVENTH AFFIRMATIVE DEFENSE

EZK is entitled to set off all sums of money recovered by or on behalf of Plaintiff by way of settlement, judgment, agreement, or otherwise received by Plaintiff from any party or non-party to this action arising out of the alleged accident in accordance with section 768.041(2), 46.015(2) or 768.31(5), Florida Statutes.

## EIGHTH AFFIRMATIVE DEFENSE

Pursuant to § 768.76 of the Florida Statutes, and to the extent EZK may be found liable, EZK is entitled to set off the total value of any and all benefits received by or on behalf of Plaintiff from any collateral source(s).

## NINTH AFFIRMATIVE DEFENSE

If EZK is found liable to Plaintiff, which liability is expressly denied, the Court must take into consideration and submit to the jury acts or omissions of all parties whether or not they are parties to this action, and EZK's liability must be limited to its percentage of fault as provided by § 768.81 of the Florida Statutes.

## TENTH AFFIRMATIVE DEFENSE

The complaint fails to state a cause of action upon which relief can be granted.

## ELEVENTH AFFIRMATIVE DEFENSE

To the extent the product in question was substantially changed, modified, and/or altered subsequent to the time of its sale and prior to the time of the accident that is the subject of Plaintiff's complaint, and such change, modification, and/or alteration was a proximate cause of the accident of which Plaintiff complains, such changes, modifications, and/or alterations were the proximate cause of Plaintiff's injuries.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's injuries or damages sustained at the time and place alleged in the complaint were caused by or contributed to, in whole or in part, by misuse or abuse of the product.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part by section 768.1257, Florida Statutes. Specifically, the product at issue was manufactured, designed, inspected, packed and labeled in conformity with the generally recognized state of the art at the time it was designed, manufactured, packed and labeled, and it complied with all applicable codes, standards and regulations established, adopted, promulgated or approved by the United States or the State of Florida.

## FOURTEENTH AFFIRMATIVE DEFENSE

The alleged defects in the product referred to in the complaint were not substantial factors in bringing about the alleged damages or injuries.

## FIFTEENTH AFFIRMATIVE DEFENSE

The alleged damages or injuries were caused by alterations and/or modifications to and/or the removal of safety devices from the product by Plaintiff and/or others over whom EZK Incorporated has no control.

## SIXTEENTH AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff was a learned, sophisticated and experienced user of the product and should have discovered and/or did discover, by the exercise of reasonable care, any alleged defect/defects, perceived the alleged dangers therein and avoided the injuries and damages claimed.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The alleged defect(s) in the subject product was not a proximate cause, legal cause, cause in fact, or substantial factor in bringing about any alleged injuries or damages.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The alleged injuries or damages to Plaintiff resulted from the decedent's own willful, deliberate and purposeful actions and his conscious disregard of and refusal to obey applicable laws, regulations, directions, customs and practices, including but not limited to decedent's abuse of and addiction to drugs not manufactured or distributed by EZK.

## NINETEENTH AFFIRMATIVE DEFENSE

Any danger and/or defect alleged in the complaint, if found to exist, was open and obvious. Nonetheless, EZK provided ample warnings on its website, including the following:

> These statements and products presented on this website have not been evaluated by the Food and Drug Administration FDA. The

products mentioned on this website are not intended to diagnose, prevent, treat or cure any diseases or health conditions. Therefore, any information on this website is presented solely as the opinions of their respective authors who do not claim in any way shape or form to be medical professionals providing medical advice. EZ Kratom and its owners or employees cannot be held responsible for, and will not be liable for the inaccuracy or application of any information whatsoever herein provided. By purchasing our products, you agree that you are aware and in compliance with your local county, state, or federal regulations. Must be 21 years or older to purchase Kratom. The US FDA has not approved Kratom as a dietary supplement. We do not ship to the following states, cities and counties in the US where Kratom is banned: Alabama, Arkansas, Indiana, Rhode Island, Vermont, Wisconsin, Utah, Sarasota County, FL, Alcorn, Calhoun, Itawamba, Lowndes, Monroe, Noxubee, Prentiss, Tippah, Tishomingo, and Union County, MS, Corinth, Derma, Fulton, Guntown, Iuka, Mantachie, Marietta, New Albany, Okolona, Oxford, Pontotoc, Ripley, Saltillo, Senatobia and Vardaman, MS, Monument and Parker, CO, San Diego, CA, Jerseyville, IL, and Oceanside, CA.

Please see Import Alert 54-15 issued by the FDA for more information.

**Click anywhere on this sentence to view Import Alert 54-15.[1]**

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff may not recover any damages for past medical expenses above the amount paid and accepted or which is to be paid and accepted by the relevant health care providers as payment in full. EZK is entitled to a set-off against any recovery of medical expenses for all contractual discounts representing the difference between the amounts billed by the decedent's medical providers and

---

[1] The link would lead the reader to Import Alert 54-15 issued by the FDA.
https://www.accessdata.fda.gov/cms_ia/importalert_1137.html

the amounts paid pursuant to the fee schedules or other contracts between the medical providers, insurers and/or payors.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

The Plaintiff's injuries were proximately caused by an intervening and/or superseding cause.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate damages and is not entitled to recover for those damages which could have been avoided.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

To the extent that Plaintiff has failed to maintain material and pertinent evidence, EZK is prejudiced to such an extent that Plaintiff's claims should be barred.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from maintaining this action against EZK because it was not the designer of the product at issue in this lawsuit.

## RESERVATION OF AFFIRMATIVE DEFENSES

EZK hereby reserves the right to plead any additional defenses that may arise and become relevant during this litigation.

WHEREFORE, defendant hereby requests that this Court enter an Order dismissing Plaintiff's Complaint and awarding defendant its costs incurred in

defending this lawsuit, and for any and all such further relief as this Court deems necessary and appropriate.

DATED this 24th day of April, 2023.

/s Kenneth M. Curtin

Kenneth M. Curtin
Florida Bar No. 087319
Primary: Kenneth.Curtin@arlaw.com
Secondary: lisa.stallard@arlaw.com

Donald A. Mihokovich
Florida Bar No. 858447
Primary: don.mihokovich@arlaw.com
Secondary: madeline.algarin@arlaw.com

ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL 33602
Telephone: (813) 402-2880
Facsimile: (813) 402-2887
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2023, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Kenneth M. Curtin
Kenneth M. Curtin