**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**CIVIL DIVISION**

STEPHANIE SWEET, as next of kin and trustee for the heirs of the ESTATE OF JOEL BOWLSBY, on behalf of the Estate and his Heirs,

      Plaintiff,

                            Case No. 8:23-cv-00631

v.

E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM),

      Defendant.

_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, E-Z Distribution, LLC d/b/a EZ Kratom ("Defendant" or "EZK), makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    There is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify

:84635775_1

the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

Defendant, E-Z Distribution, LLC, is a Florida corporation with its principal place of business in Pasco County, Florida.
Estate of Rahim Torabi (Member of Defendant) and Lori Anne Bettinger (Personal Representative of the Estate of Rahim Torabi). Ms. Bettinger is a resident of Maryland.
Plaintiff, Stephanie Sweet, upon information and belief, is a citizen of Minnesota.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Kenneth M. Curtin, Esq. (attorney for Defendant)
Donald A. Mihokovich (attorney for Defendant)
Adams and Reese, LLP (law firm for Defendant)
E-Z Distribution, LLC (Defendant)
Zackori R. Scalf (Member of Defendant)
Estate of Rahim Torabi (Member of Defendant)
Lori Anne Bettinger (Personal Representative of the Estate of Rahim Torabi)
Michael J. Cowgill, Esq. (counsel for Plaintiff)
Tamara J. Williams, Esq. (counsel for Plaintiff)
Mctlaw (law firm for Plaintiff)
Elliot Olsen, Esq. (counsel for Plaintiff)
Siegel Brill, P.A. (law firm for Plaintiff)
Stephanie Sweet (Plaintiff)

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

None.

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

5.  Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

6.  Identify each person arguably eligible for restitution:

Stephanie Sweet as next of kin and Trustee for the Estate of Joel Bowslby

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED this 12th day of May, 2023.

/s Kenneth M. Curtin

Kenneth M. Curtin
Florida Bar No. 087319
Primary: Kenneth.Curtin@arlaw.com
Secondary: lisa.stallard@arlaw.com

Donald A. Mihokovich
Florida Bar No. 858447
Primary: don.mihokovich@arlaw.com
Secondary: madeline.algarin@arlaw.com

ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL 33602
Telephone: (813) 402-2880
Facsimile: (813) 402-2887
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2023, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*/s/ Kenneth M. Curtin*
Kenneth M. Curtin
