## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEPHANIE SWEET, individually
and as Trustee for the Heirs and Next
of Kin of JOEL BOWLSBY, Deceased,

        Plaintiff,

v.                              Case No.: 8:23-cv-00631-CEH-SPF

E-Z DISTRIBUTION, LLC (d/b/a
EZ KRATOM); NATORGANICS
DISTRIBUTION & MFG., LLC;
FREEDOM VAPOR, LLC; ZACKORI
R. SCALF; JOHN DOE as Trustee for
ECOM MANAGEMENT TRUST;
and JOHN DOES 1 through 2,

        Defendants.

_____/

## MEDIATION REPORT

      A mediation conference was convened on February 19, 2024, in the above captioned matter.

      The following individuals, corporate representatives and/or insurance claims professionals attended this conference and each designated party representative possessed the requisite settlement authority:

        __X__          All individual parties and their respective trial counsel.

        __X__          Designated corporate representatives.

        __N/A__       Required insurance claims professionals.

      The following individuals, corporate representatives, insurance claims professionals and/or party representatives failed to appear:

                            N/A

      The results of this conference were as follows:

        _____       The case has been completely settled.   Counsel will submit appropriate pleadings to finally conclude this matter.

_____X_____ The case has been partially resolved.  Counsel will file a stipulation identifying the claims that remain outstanding.

_____ Adjourned.  This conference may be reconvened at a later date, depending upon the results of further discovery and direct negotiations.

_____ Continued.  Counsel and the parties have agreed to reconvene this conference on _____, 20__, at      _____ . The undersigned will submit further reports after this and any additional conferences are completed.

_____ The parties have reached an impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Facsimile Transmission [ ] U.S. Mail [ X ] EMAIL [ X  ], this 20th day of February, 2024, to the attached service list.

/s/ Thomas F. Icard, Jr.
Thomas F. Icard, Jr.
Florida Bar No.  162741
DRC Mediator Certification No. 4665R
2033 Main Street, Suite 600
Sarasota, FL 34237
941-320-8108 (cell)
ticard@icardmerrill.com

SERVICE LIST

Michael J. Cowgill
Tamara J. Williams
Maglio Christopher & Toale, P.A.
1605 Main Street, suite 710
Sarasota, FL 34236

Elliot L. Olsen
Siegel Brill, P.A.
100 Washington Avenue South, Ste. 1300
Minneapolis, MN 55401

Kenneth M. Curtin
Adams and Reese LLP
100 North Tampa Street, Suite 4000
Tampa, FL 33602

David Knox
Leighton Lieb
Knox Leib PLLC
514 North Franklin St.
Suite 205
Tampa, FL 33602

Beth L. Umina
Ryan J. Umina
Umina Legal, PLLC
133 Greenbag
Morgantown, WV 26501