UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

| | |
|---|---|
| STEPHANIE SWEET, individually and as Trustee for the Heirs and Next of Kin of JOEL BOWLSBY, deceased,<br><br>                      Plaintiff,<br>vs.<br><br>E-Z DISTRIBUTION, LLC (d/b/a EZ KRATOM); NATORGANICS DISTRIBUTION & MFG., LLC; FREEDOM VAPOR, LLC; ZACKORI R. SCALF; JOHN DOE as trustee for ECOM MANAGEMENT TRUST; and JOHN DOES 1 through 2.<br><br>                      Defendants. | CASE NO: 8:23-cv-00631 |

### **JOINT NOTICE OF SETTLEMENT**

In accordance with Local Rule 3.09 and the Court's Endorsed Order dated February 26, 2024 (D.E. 65), Plaintiff, STEPHANIE SWEET, individually and as Trustee for the Heirs and Next of Kin of JOEL BOWLSBY, and Defendants provide notice that the parties have reached a settlement in this case.

On Monday, February 19, 2024, Plaintiff reached a settlement agreement in principle with Defendant, FREEDOM VAPOR, LLC. Upon completion and execution of a final settlement agreement, Plaintiff will file the

1

appropriate documents to dismiss Freedom Vapor, LLC from this case with prejudice.

On Monday, February 26, 2024, Plaintiff reached a settlement agreement in principle with Defendants, E-Z Distribution, LLC (d/b/a EZ KRATOM); NATORGANICS DISTRIBUTION & MFG., LLC; ZACKORI R. SCALF; and JOHN DOE as trustee for ECOM MANAGEMENT TRUST. Upon completion and execution of a final settlement agreement, Plaintiff will file the appropriate documents to dismiss Defendants, E-Z Distribution, LLC (d/b/a EZ KRATOM); NATORGANICS DISTRIBUTION & MFG., LLC; ZACKORI R. SCALF; and JOHN DOE as trustee for ECOM MANAGEMENT TRUST, from this case with prejudice.

Due to the settlements in principle reached between Plaintiff and Defendants, the parties request that the Court cancel the discovery hearing scheduled for Wednesday, February 28, 2024.

Dated: February 27, 2024

*/s/ Tamara Williams*
Tamara J. Williams, Esq.
Florida Bar No. 127625
Michael J. Cowgill, Esq.
Florida Bar No. 1010945
**mctlaw**
1605 Main Street, Suite 710
Sarasota, FL 34236

Telephone: 888.952.5242
Facsimile: 941.952.5042
Primary: mcowgill@mctlaw.com
Primary: twilliams@mctlaw.com
Secondary: achildress@mctlaw.com
Elliot Olsen, Esq.
Minnesota Bar No.: 0203750
Admitted PHV
**Siegel Brill, PA**
100 Washington Ave. S., Suite 1300
Minneapolis, MN 55401
Telephone: (612) 337-6100
Fax: (612) 392-6757
Email: elliotolsen@siegelbrill.com

*Attorneys for Plaintiff*


 /s/ Kenneth Curtin
Kenneth M. Curtin, Esq.
ADAMS AND REESE, LLP
100 North Tampa Street, Suite 4000
Tampa, FL 33602
kenneth.curtin@arlaw.com

*Attorney for Defendants:*
*E-Z Distribution, LLC (d/b/a EZ KRATOM); NATORGANICS DISTRIBUTION & MFG., LLC; ZACKORI R. SCALF; and JOHN DOE as trustee for ECOM MANAGEMENT TRUST*


 /s/ Leighton Leib
Leighton Leib, Esq.
David Knox, Esq.
KNOX-LEIB, PLLC
514 N. Franklin St., Ste 205
Tampa, FL 33602

3

dknox@knoxleib.com
lleib@knoxleib.com

Beth L. Umina, Esq.
Ryan J. Umina, Esq.
UMINA LEGAL, PLLC
133 Greenbag Road
Morgantown, WV 26505
beth@uminalegal.com
ryan@uminalegal.com

*Attorneys for Defendant Freedom Vapor, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 27, 2024, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: February 27, 2024

                                        Respectfully submitted,

                                        */s/ Tamara Williams*
                                        Tamara J. Williams, Esq.